# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2019

*The Court of Appeals hereby passes the following order:*

## A20I0070.  HALL COUNTY, GEORGIA v. IVY SPRINGS HOMEOWNERS ASSOCIATION, et al.

Hall County, Georgia has filed a motion to withdraw this application for interlocutory review. Upon consideration of said motion, it is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/16/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*